# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTEN DAJUSTE, | |
| Petitioner, | No. 3:12-CV-958 |
| v. | (JUDGE CAPUTO) |
| COMMONWEALTH OF PENNSYLVANIA., | (MAGISTRATE JUDGE BLEWITT) |
| Respondent | |

## ORDER

**NOW** this 18th day of July 2012, upon review of Magistrate Judge Blewitt's Report and Recommendation (Doc. 5) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 5) is **ADOPTED**.

(2) The Petitioner's Motion for Leave to Proceed in forma pauperis (Doc. 6) is **GRANTED** solely for the purpose of filing this case.

(3) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED WITHOUT PREJUDICE**.

(4) The Clerk of Court is ordered to mark this matter as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge