IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTEN DAJUSTE,

    Petitioner,

v.

COMMONWEALTH OF
PENNSYLVANIA.,

    Respondent

No. 3:12-CV-958

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

## ORDER

**NOW** this 18th day of July 2012, upon review of Magistrate Judge Blewitt's Report and Recommendation (Doc. 5) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 5) is **ADOPTED.**

(2) The Petitioner's Motion for Leave to Proceed in forma pauperis (Doc. 6) is **GRANTED** solely for the purpose of filing this case.

(3) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED WITHOUT PREJUDICE.**

(4) The Clerk of Court is ordered to mark this matter as **CLOSED.**

_/s/ A. Richard Caputo_
A. Richard Caputo
United States District Judge